| | |
|---|---|
| DATE: | 8/18/2022 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:02 – 10:16 |
| TOTAL TIME: | 5 minutes |

CASE NUMBER 4:20-CR-00382-SDJ

USA v. Deira Jatary Davis (15)

_Matt Johnson_
AUSA

_Mandy Moore_
Defense Attorney

☒ CHANGE OF PLEA          held w/ 4:20cr382 (9)(10)
☐ CHANGE OF PLEA without Plea Agreement
☐ INITIAL APPEARANCE AND PLEA TO INFORMATION   ☐ WAIVER OF INDICTMENT SIGNED

☐ CASE CALLED    ☒ DEFENDANT SWORN    ☐ INTERPRETER REQUIRED

**FILED**
AUG 1 8 2022
Clerk, U.S. District Court
Eastern District of Texas

### CHANGE OF PLEA

☒ Defendant appeared with counsel and signed Consent to Administration of Guilty Plea.
☐ Defendant signed Consent to Proceed before Magistrate Judge in a Misdemeanor case.
☒ Defendant acknowledged satisfaction with representation of counsel
☒ Defendant waived reading indictment/information.
☒ AUSA stated essential elements ☒ Defendant acknowledged understanding and committing the essential elements.
☒ Reviewed Plea agreement with defendant.    ☒ Defendant advised of Constitutional rights.
☒ Court ☐ AUSA stated range of penalty.
☒ Defendant advised of rights regarding plea of guilty and right to appeal.
☒ Reviewed ☒ Factual Basis ☐ Statement of Facts
☒ AUSA and Defendant acknowledged factual basis has been established.
☒ Defendant entered plea of guilty to __4th SS Indict - Count 1__.
☒ Consent, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.
☒ Court will recommend district court accept plea of guilty.
☒ Court finds plea is voluntary, knowledgeable and has a basis in fact.
☒ Defendant remanded to custody of U.S. Marshal.
☐ Defendant to remain on Conditions of Release.